# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL RAY ALLEN,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　　Defendant(s). | Case No.:　2:13-cv-01823-GMN-VCF<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE CAM FERENBACH** |

Before the Court for consideration is the Report and Recommendation (ECF No. 2) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered October 17, 2013, regarding Plaintiff's Complaint (ECF No. 1-1).

Pursuant to Local Rule IB 3-2(a), objections were due by October 31, 2013.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Ferenbach's Recommendation should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint is **DISMISSED without prejudice, with leave to amend.**

**IT IS FURTHER ORDERED** that Plaintiff shall file an Amended Complaint curing the deficiencies referenced in the Report and Recommendation (ECF No. 2) **by November 22, 2013**. Failure to do so will result in the **DISMISSAL** of Plaintiff's Complaint, **WITH PREJUDICE**.

**DATED** this 5th day of November, 2013.

_____
Gloria M. Navarro
United States District Judge